**FILED**

**JAN 19 2021**

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

HEATHER D. OBRAD,

        Defendant.

Criminal No. _1:21 CR 10  TSK MJA_

Violations:    18 U.S.C. § 2243(b)
                 18 U.S.C. § 2244(a)(4)
                 18 U.S.C. § 2246(3)

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Abusive Sexual Contact)

Between on or about August 2020 and on or about October 2020, in Preston County, in the Northern District of West Virginia, within the special maritime and territorial jurisdiction of the United States, the defendant, **HEATHER D. OBRAD**, knowingly engaged in sexual contact with M.C., namely, intentionally touching his genitalia with the intent to arouse him or gratify his sexual desires while M.C. was in official detention at Federal Correctional Institution Hazelton, a federal prison, and was under her custodial, supervisory, or disciplinary authority, in violation of Title 18, United States Code, Sections 2243(b), 2244(a)(4), 2246(3).

WILLIAM J. POWELL
United States Attorney

Christopher L. Bauer
Assistant United States Attorney